WILLIAM R. BLEAKNEY, Respondent, v. HENRY C. SCOTT, Appellant.— Order unanimously modified by directing the defendant to submit to examination at a date which shall be fixed in the order to be settled herein. Upon failure of defendant to appear pursuant to said order, plaintiff may seek appropriate

remedy for such refusal. No opinion. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.